THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWNA LUTGEN, | CASE NO. C16-1181-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties have informed the Court via e-mail that they have reached a settlement. Accordingly, the Clerk is directed to TERMINATE the pending motion to compel (Dkt. No. 17). The parties shall file the appropriate dismissal paperwork once they have finalized the settlement.

DATED this 5th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk