1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

SHAWNA LUTGEN,                                      CASE NO. C16-1181-JCC

10

              Plaintiff,                      MINUTE ORDER

11

     v.

12

STATE FARM MUTUAL

13

AUTOMOBILE INSURANCE
COMPANY, a foreign corporation, and

14

any other successors in interest,

15

              Defendant.

16
17

     The following Minute Order is made by direction of the Court, the Honorable John C.

18

Coughenour, United States District Judge:

19

     The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 21).

20

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is

21

DISMISSED with prejudice and without an award of costs or attorney fees to either party. The

22

Clerk is directed to CLOSE this case.

23

     //

24

     //

25

     //

26

     //

1      DATED this 12th day of July 2017.

2
                                               William M. McCool
3                                              Clerk of Court

4                                              s/Paula McNabb
5                                              Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER C16-1181-JCC
PAGE - 2